IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



RABO AGRIFINANCE, INC. and AG
ACCEPTANCE CORPORATION,

   Plaintiffs,

v.

TERRA XXI LTD., VEIGEL FARM
PARTNERS, VEIGEL FARMS, INC.,
GRAIN CENTRAL STATION, INC.,
VEIGEL GRAIN COMPANY, ROBERT
W. VEIGEL, ELLA MARIE VEIGEL,
STEVE VEIGEL, and TERRA
PARTNERS,

   Defendants.

§
§
§
§
§
§
§
§
§
§
§

NO. 2:06-CV-153-J

## FINAL JUDGMENT

On August 29, 2007, the Court issued its opinion in this case.  The Court found that the Plaintiffs were entitled to the following judgment: (1) they may foreclose on the equipment listed in the security agreements' exhibits; (2) they may foreclose on the equipment, listed in Plaintiffs' Exhibit 42B, that bears the initials "XXI" "VFP," "VFP/TP," "SV," "VG," or "BV," except that they may not foreclose on the 3 antique street lights, the 2 old youth saddles, the antique John Deere "D" Tractor or the antique wooden carpenter's box, none of which is equipment; (3) the pieces of equipment in Plaintiffs' Exhibit 42B that bear the notation "XXI Fixture," "Fixture XXI," "Fixture," "Fixture BV + TP," "Fixture XXI or BV + Heirs," or "Fixture XXI/BV and Heirs" are fixtures; (4) the irrigation system's pumps, underground pipes, and underground electrical lines are fixtures; and (5) Terra Partners does not have a subrogated interest in the irrigation system.

On January 15, 2008, the Court ordered that Plaintiffs were also entitled to $153,404.50 in attorneys' fees.  Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants pay Plaintiffs $153,404.50 in attorneys' fees and costs of suit.

It is SO ORDERED.

Signed this ___15th___ day of January 2008.

**MARY LOU ROBINSON**
**UNITED STATES DISTRICT JUDGE**

EXHIBIT "A-1"

All of Debtor's equipment and motorized vehicles and/or trailers,
whether or not required to be licensed or registered, whether now
owned or hereafter acquired, including but not limited to machinery
and tools, together with all accessories, parts, accessions and
repairs or hereafter attached or affixed thereto.  Includes but not
limited to items listed below:

Oswald 530 Feed Truck
1990 Jeep Larado
1989 GMC Pickup
1979, 1988, and 1991 Chevy Pickups
American Cattle Pot Trailer
Donahoe Drop Deck Trailer
Apache Trailer
WW Livestock Trailer
1960 GMC Truck
1995 JD 9600 Combine
1995 JD 1242 Corn Header
2 - Big 12 400 Grain Carts
Shop Header Trailer
JD 4850 Tractor
JD 230 Platform Header
1995 Shelbourne Stripper Header
JD 4840 Tractor
JD 4020 Tractor
JD 1530 Tractor
JD 4630 Tractor w/Loader
Case 621 Tractor w/Wheel Loader
7 - 1995 Irrigation Booster Pumps
20 Irrigation Gearheads
7 - 1995 Wylie 3000 Gallon Poly Tanks
15 - MM Pump Motors
10 - Irrigation Pump Motors
7 - 1995 Valley ½ Mile Sprinklers
6 - Gifford Hill ¼ Mile Sprinklers
3 - Dobbs Tailwater Pumps
Big Ox Blade
Field King Blade Plow
Case Blade
Hoeme Chisel Plow
JD Chisel Plow
Shop Cultivator
JD Cultivator
Shop Layby Cultivator
2 - Rolling Cultivators
Great Plains Drill
2 - 1995 JD 750 Drills
JD 7200 Planter
JD 71 Planter
JD Rotary Cutter
Hamby Sweep Plow

Shop Sweep Plow
JD 330 Tandem Disc
JD Tandem Disc
4 - Hay Trailers
50 - 1996 Cattle Troughs
10 1996 Cattle Waterers
Miscellaneous Equipment

40144

## EXHIBIT "A-2"

All irrigation and drainage equipment, including moveable equipment necessary to operate the system, which is now or hereafter installed on, affixed to, placed upon, or used in connection with Sections 21, 22, 39, 40, 42, 59, 60, and 62, Block K-4; All in Deaf Smith County, Texas, and all replacements thereof, additions thereto, and subsitions therefore, including but not limited to, all wells, motors and pipe and the following property:

```
1995 Model 8000 Valley Non-Tow Sprinkler 2,585' S/N 74255
1995 Model 8000 Valley Non-Tow Sprinkler 2,585' S/N 74253
1995 Model 8000 Valley Non-Tow Sprinkler 2,639' S/N 74884
1995 Model 8000 Valley Non-Tow Sprinkler 2,612' S/N 74910
1995 Model 8000 Valley Non-Tow Sprinkler 2,639' S/N 74254
1995 Model 8000 Valley Non-Tow Sprinkler 2,639' S/N 75904
1995 Model 8000 Valley Non-Tow Sprinkler 2,612' S/N 74890
3 - 1976 Model 360 Gifford Hill Non-Tow Sprinklers 1,320'
1976 Model 360 Gifford Hill Non-Tow Sprinkler 1,200'
90,811' of 8", 10", 12" & 16" Underground PVC Pipe w/Fittings
54,000' of 12-2 Kill Wire
6 - 75 HP Booster Pumps
100 HP Booster Pump
Wind Speed Indicator
7 - Electronic Flow Meters
```

# INVENTORY OF:

# VEIGEL FARMS

## HEREFORD, TEXAS

Plaintiffs'
Exhibit
42B



THE FOLLOWING IS AN INVENTORY THAT WAS TAKEN ON OCTOBER 31 THRU NOVEMBER 2, 2006 OF VEIGEL FARMS LOCATED NORTH OF HEREFORD, TEXAS IN THE MILO CENTER AREA BY CHRIS CABBINESS AND JOE WARD OF C&W EQUIPMENT .

WE WERE INSTRUCTED TO TAKE AN INVENTORY OF THE ENTIRE FARM INCLUDING WELLS, SPRINKLERS, EQUIPMENT, PERSONAL PROPERTY, ETC. LOCATED ON THE FARM, AS WELL AS TRY TO ESTABLISH WHICH ENTITY THE ITEMS BELONGED TO IF POSSIBLE.

DUE TO TIME CONSTRAINTS MANY OF THE SMALLER ITEMS WERE SIMPLE SHOWN AS LOTS OR MISCELLANEOUS RATHER THAN COUNTING EACH AND EVERY PIECE.

WITH REGARD TO ESTABLISHING OWNERSHIP, THE VEIGELS SEEMED TO BE RATHER VAGUE ON WHAT BELONGED TO WHO IN MOST INSTANCES. WHEN WE COULD GET AN ANSWER IT IS SO NOTED BESIDE THE ITEM. MUCH OF THE PROPERTY WAS CLAIMED AS PERSONAL PROPERTY BY THE VEIGELS, AND AT ONE POINT BOBBY MADE THE STATEMENT THAT "EVERYTHING ON THE PLACE IS PERSONAL PROPERTY EXCEPT FOR THE DIRT".

IT IS OUR OPINION AND GENERALLY UNDERSTOOD THAT ANYTHING THAT IS UNDERGROUND INCLUDING: UNDERGROUND TILE, SUBMERSIBLE WELLS OR TURBINE PUMPS, ELECTRICAL WIRING, ETC. AS WELL AS CENTER PIVOT SPRINKLER SYSTEMS GENERALLY STAY WITH THE PROPERTY WHEN IT CHANGES HANDS. ELECTRIC MOTORS OR ENGINES CAN BE EITHER WAY. ALL PERMANENT FENCES, CULVERTS, CATTLE GUARDS, ETC. ARE NORMALLY CONVEYED WITH THE PROPERTY AS WELL.

C & W EQUIPMENT

CHRIS CABBINESS



039523

# VEIGEL FARM INVENTORY

## SECTION 21:

*TP* 363 ACRES OF WHEAT GROWING UNDER CIRCLE + 35 ACRES IN CORNER

*TP* 2 - SUPERIOR WATER TANKS (TERRA PARTNERS)

2 - MINERAL FEED TIRES WITH PLASTIC TUBS (JIM FRIEMEL)

*JF / TP* 1 - VALLEY MODEL 8000 CENTER PIVOT SYSTEM / ½ MILE / 21 TOWER / 482 ACRES
SERIAL NUMBER 74253 / 9,758 HOURS

*JF / TP* 1 - 3,000 GALLON WYLIE POLY FERTILIZER TANK

*TP* APPROX. 3 MILES OF ELECTRIC FENCE AND POSTS

*TP* PILE OF CALICHE @ PIVOT AND ANOTHER ON THE EAST SIDE

*JF* 2 - METAL FEED RACKS WITH 2 FEEDER PANELS (TERRA PARTNERS OR VEIGEL)

*fixtures* 2 - PERMANENT METAL RING WATER TANKS W/CONCRETE BOTTOMS

*TP* 1 - ½ HP SUB @ RING TANKS (TERRA PARTNERS OR VEIGEL)

*TP* 1 - SPEEDRITE ELECTRIC FENCE CHARGER

*JF* 1 - SHOP MADE SPRINKLER STOP

1 - CITY MACHINE 1000 GALLON FUEL *JF* TANK ON 4 WHEEL TRAILER
WITH FILLRITE ELECTRIC FUEL PUMP (TERRA PARTNERS)
*New TP*

*JF & TP* 2 - INGERSOL DRESSER 75HP BOOSTER PUMPS (SECTION 21 & SECTION 22)
WITH ELECTRICAL CONTROL PANELS FOR ABOVE

*TP* 1 - 4" SUBMERSIBLE PUMP / 25 HP

*JF & TP* 1 - SAND TRAP (LYING ON THE GROUND)

*JF* 1 - RED SNAP 'R ELECTRIC FENCE CHARGER

## SECTION 22:

*TP* 510 ACRES OF WHEAT UNDER CIRCLE + (3) 35 ACRE CORNERS + 3 ACRE CORNER

*TP* APPROX. 3-1/4 MILES OF ELECTRIC FENCE AND POSTS

*TP* 1 - 3HP SUBMERSIBLE WELL - STOCK WELL ONLY

*TP* 1 - 4 WHEEL BUMPER PULL TRAILER W/1000 GALLON POLY WATER TANK AND
5.5 HP HONDA TRANSFER PUMP & HOSES / SERIAL NUMBER 065189 (TERRA PART.)

*TP* 1 - 2" SUBMERSIBLE WELL / 7.5 HP / IRRIGATION & STOCK
6 - HOG PANELS & T-POSTS AROUND WELL

*TP* 1 - 4" SUBMERSIBLE WELL / 25 HP / IRRIGATION
10 HOG PANELS & T-POSTS AROUND WELL

*TP* 1 - 4" SUBMERSIBLE WELL / 25 HP / IRRIGATION
9 HOG PANELS & T-POSTS AROUND WELL

*VFD/TP* 1 - VALLEY MODEL 8000 CENTER PIVOT SYSTEM / ½ MILE / 21 TOWERS / 504 ACRES
SERIAL NUMBER - 74254 HOURS / 303 HOURS ON NEW PANEL

*TP* 1 - 3000 GALLON WYLIE POLY FERTILIZER TANK

*TP* THIS SPRINKLER HAD BEEN DAMAGED BY FIRE ON APPROX. 9 TOWERS AND HAS
MISC. NEW BLUE COLORED PARTS THAT HAVE BEEN REPLACED RECENTLY

~~OWNERSHIP WAS CLAIMED BY STEVE VEIGEL AS VEIGEL PARTNERS WITH
A 1ST LIEN POSITION BY BOBBY VEIGEL THRU A LIEN THAT HE PURCHASED
FROM DIVERSIFIED FINANCIAL~~

*XXT* DOMESTIC (HOUSE) WELL W/PRESSURE TANK

*XXT* 3 - PERMANENT METAL RING WATER TANKS W/CONCRETE BOTTOMS

*TP* 1 - 4 WHEEL HAY TRAILER

*XXT VFD* MISC. OLD USED PIPE & GATES FROM OLD CORRALS THAT WERE TORE OUT

*TP* DOMESTIC (HOUSE) WELL BESIDE OLD HOUSE RUINS

*XXT* APPROX. 2 MILES OF BARBED WIRE FENCE & CATTLE GUARD ~~(CLAIMED
PERSONAL PROPERTY BY BOBBY VEIGEL)~~

## SECTION 22  (CONT.)

1 - 24' UNITED PORTABLE FEED BUNK

*x¹/VFP*  1 - CATTLE LOADING CHUTE (TORE OUT & LAYING ON THE GROUND IN PIECES

*VFP*  2 - OLD FLOATING TAIL WATER PUMPS / 10 HP

MISC. PVC PIPE - CONCRETE CULVERTS - METAL BARRELS & WELL CASING
SCATTERED AROUND ON NORTHEAST CORNER NEAR OLD DUMP SITE

## SECTION 39:

*TF*  482 ACRES OF WHEAT GROWING UNDER CIRCLE + 35 ACRES IN CORNER

*XX1*  APPROX. 1 MILE OF BARBED WIRE FENCE (CLAIMED PERSONAL PROPERTY BY
~~BOBBY VEIGEL)~~   *fixture*

*TP*  1 - 40 HP TURBINE PUMP / IRRIGATION WELL (WL-214' / OH 336') (TERRA PARTNERS)   *fixture xx1*
9 - HOG PANELS & T-POSTS AROUND WELL
DRIP OIL BARREL & STAND / APPROX. 25 GALLONS OF DRIP OIL

*xx1 fixture*
*VFP*  1 - IRRIGATION WELL W/300 FORD NG IRRIGATION ENGINE / JOHNSTON TURBINE
PUMP & 135 HP / 4:3 RATIO GEARHEAD / DRIP OIL BARREL & STAND / APPROX. 5
GALLONS OF DRIP OIL / 9 HOG PANELS & T-POSTS AROUND WELL )

12 - 24' UNITED PORTABLE FEED BUNKS

*VFF*  2 - METAL FEED RACKS

*TP*  PILE OF CALICHE @ PIVOT (2 LOADS: CLAIMED PERSONAL PROPERTY
BY BOBBY VEIGEL)

*VFP/TP*  1 - VALLEY MODEL 8000 CENTER PIVOT SYSTEM / ½ MILE / 21 TOWERS / 472 ACRES
SERIAL NUMBER 74255 / SHOWING 3,992 HOURS   (TERRA PARTNERS)
3000 GALLON WYLIE POLY FERTILIZER TANK

4 - TIRE MINERAL FEEDERS (JIM FRIEMEL)
*fixture xx1*
*XX1*  DOMESTIC WELL & PERMANENT METAL RING TANK W/CONCRETE BOTTOM   *fixture x x1*
NEAR CENTER OF PIVOT

## SECTION 39  (CONT.)

TP   1 - PORTABLE METAL CATTLE DUST BAG RACK

TP   1 - *fixture XXI* IRRIGATION WELL W/ 25 HP  ELECTRIC SUBMERSIBLE PUMP (SEC 39-34) *TP*
8 - HOG PANELS & T-POSTS AROUND WELL   (TERRA PARTNERS)

TP   1 - 48' ROLL-A-CONE SWEEP PLOW W/NEARLY NEW HARROWS (TERRA PARTNERS)

TP   1 - JOHN DEERE 331 DOUBLE OFFSET DISC  (OWNERSHIP UNKNOWN PER BOBBY)

TP   1 - KRAUSE 956A TANDEM DISC (HAS TONGUE PULLED OUT)

TP   APPROX. 3-1/4 MILES OF ELECTRIC FENCE & POSTS

VFP   3 - 20' JOINTS X 16" STEEL WELL SCREEN PIPE

TP   1 - JOINT 4" X 30' STEEL PIPE


## SECTION 40:

TP   510 ACRES OF WHEAT GROWING UNDER CIRCLE
+ 35 ACRES IN THE NE CORNER + 30 IN NW CORNER

TP   5 - JOINTS OF 4" STEEL PIPE

VFP/TP   3 - INGERSOL DRESSER 75 HP BOOSTER PUMPS / SINGLE STAGE 14" BOWLS
WITH ELECTRICAL CONTROL PANELS FOR ABOVE

VFP/TP   1 - 20,664 GALLON RAIL ROAD TANKER MOUNTED ON CONCRETE PIERS
FOR FERTILIZER STORAGE - PLUMBED TO EACH VALLEY PIVOT WITH
1-1/2" PVC UNDER GROUND INCLUDING PUMP

VFP   1 - XXI *fixture* IRRIGATION WELL W/292 CHEVROLET NG ENGINE / *VFP* JOHNSTON 85 HP
6:5 RATIO GEARHEAD AND TURBINE PUMP / DRIP OIL BARREL & STAND
APPROX. 10 GALLONS DRIP OIL / 8 HOG PANELS & T-POSTS AROUND WELL

XXI   *fixture* APPROX. 2 MILES OF BARBED WIRE FENCE

## SECTION 40 (CONT.)

TP   1 - IRRIGATION WELL W/ 7350 CHEVROLET NG ENGINE / JOHNSTON 125 HP
*XX1 fixture*
6:5 RATIO GEARHEAD AND TURBINE PUMP / DRIP OIL BARREL & STAND
APPROX. 2-3 GALLONS DRIP OIL / 9 HOG PANELS & T-POSTS AROUND WELL

TP   APPROX. 2-1/4 MILES OF ELECTRIC FENCE AND POSTS

VFP   4 - JOHNSON CONCRETE WATER TANKS ON CONCRETE PADS
*portable*   *XX1 fixture*

7 - 24' UNITED PORTABLE FEED BUNKS

VFP   2 - METAL FEED RACKS

VFP/TP   1 - VALLEY MODEL 8000 CENTER PIVOT SYSTEM / ½ MILE / 21 TOWERS / 505 ACRES
1/3  2/3   *Tornado Damaged*   *TP Salvaged or - Replaced 2/3 of towers*
SERIAL NUMBER - 75904   HOURS - N/A - HOUR METER MESSED UP

VFP/TP   1 - 3000 GALLON WYLIE POLY FERTILIZER TANK

TP   PILE OF CALICHE NEAR PIVOT

XXT   1 - PERMANENT METAL RING WATER TANK W/CONCRETE BOTTOM
*XX1 fixture*

TP   1 - DOMESTIC WELL WITH ½ HP SUBMERSIBLE PUMP (NEW IN 8/05)
*XX1 fixture*

TP   1 - SPEEDRITE FENCE CHARGER

TP   1 - PORTABLE CATTLE DUST BAG RACK

TP   1 - DOMESTIC WELL WITH ½ HP SUBMERSIBLE PUMP — TP
*XX1 fixture*

XX1   1 - PERMANENT METAL RING WATER TANK W/CONCRETE BOTTOM
*fixture*

## SECTION 60: (CONT.)

<u>WEST HALF OF SECTION:</u>

VFP  2 - JOHNSON CONCRETE WATERS ON CONCRETE PADS (2 ON THE WEST ½ SEC. AND 2 ON THE EAST ½ SEC.)  *Fixture XXI*  *Fixture BY here*

TP  APPROX. 3-3/4 MILES OF ELECTRIC FENCE AND POSTS

XXI  1 - ELONGATED METAL WATER TUB ON CONCRETE PAD  *Fixture*

VFP  6 - CATTLE SELF FEEDERS

VFP  2 - METAL FEED RACKS

VFP  1 - 360 GIFFORD HILL SPRINKLER SYSTEM / 1/4 MILE / 9 TOWER LOCATED IN THE IN NW 1/4 SEC. /  POLY NURSE TANK / (6 FEEDER PANELS & 1 GATE PANEL LOCATED AROUND THE PIVOT )  TP

TP  APPROX. 105 ACRES OF WHEAT GROWING (AS PER BOBBY VEIGEL)

TP  1 ( IRRIGATION WELL LOCATED IN THE NW CORNER OF 1/4 SEC. WELL (4" ELECTRIC SUBMERSIBLE PUMP )  TP  *Fixture XXI*

VFP  1 - RED SNAP R' ELECTRIC FENCE CHARGER

## SECTION 60:

<u>EAST HALF OF SECTION:</u>

1 - ( IRRIGATION WELL LOCATED @ PIVOT ON SOUTH 1/4 WELL /350 CHEVROLET NG ENGINE / AMARILLO 150 HP / 4:5 RATIO GEARHEAD AND JOHNSTON TURBINE PUMP / DRIP OIL BARREL & STAND / APPROX. 5 GALLONS OF DRIP OIL ) TP  *Fixture XXI*  VFP

VFP 1 - 360 GIFFORD HILL SPRINKLER SYSTEM / 1/4 MILE / 10 TOWER LOCATED ON THE SE 1/4 SEC. ( 9 FEEDER PANELS AROUND THE PIVOT ) TF

TP  APPROX. 1-1/2 MILES OF ELECTRIC FENCE WIRE AND POSTS

## SECTION 60: (CONT.)

EAST HALF OF SECTION:

*fixture XXI*

1 - IRRIGATION WELL LOCATED @ PIVOT ON NORTH 1/4 SEC. WITH 350   TP
CHEVROLET NG ENGINE / AMARILLO 150 HP / 4:5 RATIO GEARHEAD AND
JOHNSTON TURBINE PUMP / DRIP OIL BARREL & STAND (EMPTY)   TP
POLY NURSE TANK / 8 FEEDER PANELS AROUND THE WELL )   TP
*VFP*

VFP   1 - 360 GIFFORD HILL SPRINKLER SYSTEM / 1/4 MILE / 10 TOWER LOCATED
ON THE NE 1/4 SEC.

TP   APPROX. 320 ACRES OF WHEAT GROWING INCLUDING THE CORNERS

TP   APPROX. 1-1/2 MILE OF ELECTRIC FENCE AND POSTS

*fixture XXI or BVtheirs*

1 - IRRIGATION WELL LOCATED IN THE NW CORNER OF 1/4 SEC. WITH 292
TP   CHEVROLET NG ENGINE / 80 HP / 6:5 RATIO JOHNSTON GEARHEAD AND
TURBINE PUMP / NO DRIP OIL CONTAINER

## SECTION 62:

*fixture XXI*

VFP   1 - IRRIGATION WELL LOCATED EAST OF THE PIVOT WITH JOHNSTON 80 HP
6:5 RATIO GEARHEAD AND TURBINE PUMP (NO MOTOR)

XXI   1 - ELONGATED METAL WATER TUB ON CONCRETE PAD   *fixture*

*fixture XXI*

VFP   1 - IRRIGATION WELL LOCATED NE OF PIVOT WITH 605 MOLINE NG ENGINE
100 HP / 3:4 RATIO GEARHEAD AND TURBINE PUMP / DRIP OIL BARREL & STAND
APPROX. 10 GALLONS OF DRIP OIL / 10 HOG PANELS & T-POSTS AROUND WELL )   TP

*fixture XXI*

TP   1 - IRRIGATION WELL LOCATED NORTH OF PIVOT WITH 60 HP ELECTRIC MOTOR
AND TURBINE PUMP / DRIP OIL BARREL & STAND / APPROX. 15 GALLONS OF
DRIP OIL / 10 HOG PANELS & T-POSTS AROUND WELL

*fixture XXI*

VFP   1 - IRRIGATION WELL LOCATED @ PIVOT WITH 605 MOLINE NG ENGINE / 100 HP
3:4 RATIO GEARHEAD AND TURBINE PUMP / DRIP OIL BARREL & STAND
APPROX. 30 GALLONS OF DRIP OIL / 10 HOG PANELS & T-POSTS AROUND WELL )   TP

XXI   1 - ELONGATED METAL WATER TUB ON CONCRETE PAD   *fixture*

## SECTION 42 (CONT.)

TP  1 - PORTABLE STEEL CATTLE DUST BAG RACK

6 - 24' UNITED PORTABLE FEED BUNKS

VFP  1 - IRRIGATION WELL *fixture xxi* ~~WITH~~ (292 CHEVROLET NG ENGINE *VFP* / HEREFORD 80 HP
6:5 RATIO GEARHEAD AND TURBINE PUMP / 6 FEEDER PANELS AROUND WELL
DRIP OIL BARREL & STAND / NO DRIP OIL / LOCATED SE OF PIVOT ) TF

XXI  1 - FULL CIRCLE OF TIPTON 95 BERMUDA GRASS / WAS SPRIGGED IN WHEN
PLANTED (BOBBY VEIGEL WANTED TO CLAIM AS PERSONAL PROPERTY)

VFP  1 - 40 HP ELECTRIC FLOATING TAILWATER PUMP

TF  1 - IRRIGATION WELL *XXI fixture* LOCATED AT THE PIVOT / 40 HP ELECTRIC MOTOR AND
JOHNSTON TURBINE PUMP / 13 HOG PANELS & T-POSTS AROUND WELL
DRIP OIL BARREL & STAND / NO DRIP OIL

VFP/TF  1 - VALLEY MODEL 8000 CENTER PIVOT SYSTEM / ½ MILE / 21 TOWERS / 474 ACRES
SERIAL NUMBER - 75884 HOURS / HOURS - 6519
VFP/TP  1 - 3000 GALLON WYLIE POLY FERTILIZER TANK
TP  13 - HOG PANELS & T-POSTS AROUND PIVOT
VFP  1 - PICK-UP BED TRAILER WITH CHEM INJECTION PUMP AND SMALL TANK
VFP  1 - AGRI-INJECT CHEMICAL PUMP (1-95 GPH)

VFP  4 - JOHNSON CONCRETE WATERS ON *XXI fixture* CONCRETE PADS LOCATED AROUND PIVOT

XXI  1 - PERMANENT STEEL RING WATER TANK *fixture* W/CONCRETE BOTTOM

VFP  1 - IRRIGATION WELL *XXI fixture* WEST OF PIVOT ~~WITH~~ (292 CHEVROLET NG ENGINE *VFP* / 60 HP US
GEARHEAD 6:5 RATIO AND TURBINE PUMP / 9 PANELS & T-POSTS AROUND
WELL / DRIP OIL BARREL & STAND / NO DRIP OIL ) TF

TP  1 - IRRIGATION WELL *fixture XXI* LOCATED WEST CENTER OF SECTION ~~WITH~~ / 75 HP ELECTRIC *TP*
MOTOR AND TURBINE TYPE PUMP / DRIP OIL BARREL & STAND / APPROX. 2-3
GALLONS OF DRIP OIL / 8 HOG PANELS & T-POSTS AROUND WELL ) TF

TF  1 - METAL GATE

TP  APROX. 25 ACRES OF WHEAT GROWING (AS PER BOBBY VEIGEL)

## SECTION 42 (CONT.)

1 - IRRIGATION WELL LOCATED IN THE SW CORNER OF SECTION WITH (75 HP ELECTRIC MOTOR AND TURBINE TYPE PUMP (4 HOG PANELS & T-POSTS AROUND WELL / DRIP OIL BARREL & STAND / APPROX. 10 GALLONS OF OIL)

VFP   APPROX. 3 MILES OF T-POST & 6 WIRE FENCE W/ALTERNATING CEDAR POSTS LOCATED AROUND THE CIRCLE

TP   APPROX. ½ MILE OF ELECTRIC FENCE AND POSTS

1 - IRRIGATION WELL IN NW CORNER OF SECTION WITH 60 HP ELECTRIC MOTOR AND JOHNSTON TURBINE TYPE PUMP / DRIP OIL BARREL & STAND / APPROX. 10 GALLON OF DRIP OIL / 10 HOG PANELS & T-POSTS AROUND WELL )

TP   5 - HOG PANELS IN SW CORNER AROUND CONTROL VALVES

## SECTION 60:

### WEST HALF OF SECTION:

VFP   1 - 360 GIFFORD HILL ¼ MILE SPRINKLER - BROKE DOWN AND IN PIECES (LAYING IN THE SOUTHEAST CORNER OF THE QUARTER)

VFP   1 - 360 GIFFORD HILL SPRINKLER SYSTEM / ¼ MILE / 10 TOWER LOCATED IN THE IN SW ¼ SEC. / 2 POLY NURSE TANKS / 3 HOG PANELS

VFP   1 - IRRIGATION WELL @ PIVOT WITH 350 CHEVROLET NG ENGINE / JOHNSTON / 50 HP / 3:4 RATIO GEARHEAD AND TURBINE PUMP (DRIP OIL BARREL & STAND APPROX. 30 GALLONS OF DRIP OIL / 8 HOG PANELS & T-POSTS AROUND WELL )

TP   NO GROWING CROP ON THE SOUTHWEST QUARTER OF THIS SECTION

TP   1 - JOHN DEERE NO TILL WHEAT DRILL (2-15' MODEL 750'S) WITH 2 POLY NURSE TANKS MOUNTED ON TOP OF DRILL FRAME / SN-280007 (BOBBY VEIGEL SAID TERRA PARTNERS OWNED THIS IMPLEMENT)

VFP   2 - METAL FEED RACKS WITH 1 FEEDER PANEL

VFP   1 - CATTLE SELF FEEDER

# SECTION 42:    GRAIN ELEVATOR SECTION

XXI    1 - GRAIN ELEVATOR & HANDLING FACILITY COMPLETE WITH THE FOLLOWING:

1 LARGE STEEL STORAGE TANK - 3 GALVANIZED STORAGE TANKS -
3 ELEVATOR LEGS - 1 GRAIN DRYER - 2 STEEL OVERHEAD STORAGE BINS
1 GALVANIZED OVERHEAD STORAGE BIN - 11' X 70' PLATFORM SCALE (60 TON)
MISC. FANS FOR AIR CIRCULATION, AUGERS, MOTORS, ETC. TO RECEIVE &
SHIP GRAINS FROM THE ELEVATOR SITE.

XXI    1 - GRAIN ELEVATOR OFFICE & CONTENTS COMPLETE WITH THE FOLLOWING:

VG    2 MOTOMCO MOISTURE METERS (MODEL#919) - 1 GRAIN SEPERATOR
VG    1 MANUAL MOISTURE PROBE - APARTMENT SIZE REFRIGERATOR
VG    4 CALCULATORS - 8 FIRE EXTINGUISHERS - DTN SATELLITE SYSTEM
VG    2 FAIRBANKS ELECTRONIC SCALE HEADS - 6 DESKS & CHAIRS
VG    5 - 2 DRAWER FILE CABINETS - 2 - 4 DRAWER FILE CABINETS
VG    3 - 2 DRAWER LEGAL SIZE FILE CABINETS - GE 2 WAY RADIO SYSTEM
VG    3M COPY MACHINE - RCA TELEVISION SET - COUCH AND MISC. CHAIRS
VS    4 BOXES OF VEIGEL GRAIN SCALE TICKETS - MISC. OFFICE SUPPLIES

VG    1 - LEON BELL PORTABLE BUILDING WITH THE FOLLOWING CONTENTS:
VG    DIXON ZTR LAWN MOWER - 2 GAS ENGINE'S (LAWN MOWER TYPE)
VG    OLD RECORD FILES AND VARIOUS OTHER MISC. ITEMS

XXI    1 - DOMESTIC WELL WITH 5 HP SUBMERSIBLE PUMP (AS PER BOBBY VEIGEL)    *fixture XXI*
LOCATED NORTH OF THE ELEVATOR    VG

TP ←    1 - IRRIGATION WELL WITH 75 HP ELECTRIC MOTOR AND JOHNSTON TURBINE  — TP    *XXI fixture*
PUMP / DRIP OIL BARREL & STAND / 2-3 GALLONS OF DRIP OIL / 8 HOG PANELS
AND T-POSTS AROUND WELL / LOCATED IN NW CORNER OF SECTION

TP    1 - IRRIGATION WELL / WITH 25 HP ELECTRIC SUBMERSIBLE PUMP — TP    *XXI fixture*
9 HOG PANELS & T-POSTS AROUND WELL / LOCATED NORTH- CENTER OF SEC. -TP

1 - DOMESTIC WELL WITH SUBMERSIBLE PUMP / NE CORNER OF SECTION    *fixture XXI*    VFP

VFP    1 - 20' METAL CATTLE PANEL

XXI    SET OF OLD WOODEN CORRALS W/STEEL GATES    *fixture*

XXI    1 - PERMANENT STEEL RING WATER TANK W/CONCRETE BOTTOM    *fixture*

## SECTION 62: (CONT.)

P/TP 1 - VALLEY MODEL 8000 CENTER PIVOT SYSTEM / ½ MILE / 21 TOWERS / 492 ACRES
SERIAL NUMBER - 75891 HOURS / HOURS - 11655

VFP/TP 1 - 3000 GALLON WYLIE POLY FERTILIZER TANK

VFP 1 - SUPER 100 ELECTRIC FENCE CHARGER

TP   APPROX. 535 ACRES OF WHEAT INCLUDING THE CORNERS (AS PER BOBBY V.)

VFP 1 - IRRIGATION WELL LOCATED ON THE SOUTH SIDE OF SEC. 62 - MAY BE ON (Fixture XXI)
SEC. 61 WITH 605 MOLINE NG ENGINE / 100 HP / 2:3 RATIO RANDOLPH
GEARHEAD WITH JOHNSTON TURBINE PUMP (DRIP OIL BARREL & STAND
APPROX. 10 GALLONS OF DRIP OIL / 12 HOG PANELS & T-POSTS AROUND WELL) TP

TP 1 - IRRIGATION WELL LOCATED WEST OF PIVOT WITH 40 HP ELECTRIC MOTOR (Fixture XXI)
AND JOHNSTON TURBINE PUMP / DRIP OIL BARREL & STAND / APPROX. 30
GALLONS OF DRIP OIL

TP 1 - IRRIGATION WELL LOCATED NW OF PIVOT WITH 50 HP ELECTRIC MOTOR (Fixture XXI)
AND JOHNSTON TURBINE PUMP / DRIP OIL BARREL & STAND / APPROX.
30 GALLONS OF DRIP OIL

TP 1 - IRRIGATION WELL LOCATED IN NW CORNER WITH 4" ELECTRIC (Fixture XXI)
SUBMERSIBLE PUMP

TP 1 - PILE OF GRAVEL AT WELL

## SECTION 61:

TP   APPROX. 120 ACRES OF WHEAT ON NORTH SIDE OF SECTION 61- BETWEEN
DRIVEWAY TO THE HEADQUARTERS AND THE SOUTH SIDE OF SECTION 62

TP 1 - IRRIGATION WELL IN NW CORNER OF SECTION (61-11) WITH 60 HP ELECTRIC (Fixture XXI)
MOTOR / JOHNSTON TURBINE PUMP / DRIP OIL BARREL & STAND (NO OIL)

VFP/TP 1 - BOOSTER PUMP STATION WITH 1-100 HP & 1-75 HP INGERSOL DRESSER
BOOSTER PUMPS / SINGLE STAGE 14" BOWLS WITH ELECTRICAL CONTROL
PANELS FOR ABOVE

XXI   THE BALANCE OF SECTION 61 IS IN NATIVE GRASS

VFP 1 - WATER WELL LOCATED NEAR THE HOUSE WITH 4" - 15 HP SUBMERSIBLE (Fixture XXI)
PUMP AND LARGE STAINLESS STEEL STORAGE TANK

P 1 - LOT OF FIREWOOD

# SECTION 59:

*TP* APPROX. 530 TOTAL ACRES OF WHEAT GROWING

1 - IRRIGATION WELL LOCATED SE OF PIVOT WITH 350 CHEVROLET NG ENGINE
*TP* 100 HP / 4:3 RATIO JOHNSTON GEARHEAD AND TURBINE PUMP / (NO DRIP OIL)
8 HOG PANELS AROUND THE WELL / OLD PIVOT PAD ⌐VFP
*fixture BV+TP*

*VFP/TP* 1 - VALLEY MODEL 8000 CENTER PIVOT SYSTEM / ½ MILE / 21 TOWERS / 492 ACRES
*VFP/TP* SERIAL NUMBER - UNKNOWN (NO PLATE)  HOURS - UNKNOWN
1 - 3000 GALLON WYLIE POLY FERTILIZER TANK

1 - IRRIGATION WELL WEST OF PIVOT WITH 350 CHEVROLET NG ENGINE / 80 HP
*VFP* 6:5 RATIO GEARHEAD AND TURBINE PUMP / 9 HOG PANELS & T-POSTS AROUND
WELL / DRIP OIL BARREL & STAND / APPROX. 15 GALLONS OF DRIP OIL ⌐ TP
*fixture BV+TP*

1 - ELONGATED METAL WATER TUB ON CONCRETE PAD  *fixture BV+TP*

*TP* APPROX. 2 MILES OF ELECTRIC FENCE & POSTS

*TP* 4 HOG PANELS AROUND VALVE ON THE NORTH END OF SECTION

1 - IRRIGATION WELL NW OF PIVOT WITH 50 HP ELECTRIC MOTOR AND JOHNSTON
*TP* TURBINE PUMP / 12 HOG PANELS & T-POSTS / DRIP OIL BARREL & STAND
APPROX. 30 GALLONS OF DRIP OIL
*fixture BV+TP*

1 - IRRIGATION WELL NE OF PIVOT WITH 50 HP ELECTRIC MOTOR AND JOHNSTON
*TP* TURBINE PUMP / 10 HOG PANELS & T-POSTS / DRIP OIL BARREL & STAND
APPROX. 30 GALLONS OF DRIP OIL
*fixture BV+TP*

*VFP* 1 - 10 HP FLOATING TAIL WATER PUMP

# EQUIPMENT & MISC. LOCATED AT HEADQUARTERS:

VFP  (APPROX. 1000' OF CONCRETE FEED BUNKS *WITH* CONCRETE PAD AND ~~Portable~~ *fixture XXl*
MISC. PIPE AND CABLE CATTLE PENS

TP  8 - ROUND BALE FEEDER RINGS

VFP  GREAT PLAINS 30' - 3 POINT GRAIN DRILL - 7-1/2" SPACING - MARKERS
16,730 ACRES ON ACRE METER

TP  2 - 21' HAMBY SWEEP PLOW - SINGLE GAGE WHEELS - TRIPLE BAR

VFP  1 - 16' GRAHAM HOEME 3 POINT SWEEP PLOW

VFP  7 - ARKFELD CATTLE WATER TUBS ON CONCRETE PADS   *Portable*   *fixture XXl*

VFP  TROJAN HYDRAULIC CATTLE CHUTE

BV  2 OLD YOUTH SADDLES & MISC. TACK

BV  1 - CALF SCALE

2 - 24' UNITED PORTABLE FEED BUNK

VFP  APPROX. 23 STROBERG PORTABLE CATTLE PANELS

VFP  8 - PORTABLE FEED PANELS

1 - 1977 AMERICAN CATTLE TRAILER VIN-30958

VFP  STOCK TRAILER TAIL GATE

VFP  1 - CATTLE SELF FEEDER

VFP  JOHN DEERE 55 COMBINE

VFP  12 ROW MODEL 71 FLEX PLANTER WITH BED ROLLER

VFP  1 LOT OF 2" WOOD PLANKS

VFP  SHOP MADE FEEDER

TP  4 WHEEL HAY RACK TRAILER

# HEADQUARTERS: (CONT.)

*TP*    6 PCS. HARROW MOUNTS

*TP*    JOHN DEERE MAX EMERGE 2 - 12 ROW DRAG TYPE PLANTER

     RED GMC 1500 4X4 PICKUP

*TP*    1 LOT OF WOODEN PALLETS

*Good in? Fuel*    750 GALLON PROPANE TANK

*VFP*    1000 GALLON DIESEL TANK W/PUMP

*TP*    JOHN DEERE 400 - 30' ROTARY HOE W/GANDY BOXES & SINGLE GAGE WHEELS

*TP*    WYLIE 40' HOODED COTTON SPRAYER

*TP*    60' SPRAY BOOM - 3 POINT - NO TANKS

     3 - GMC PICKUPS FOR SALVAGE

*P*    CAT 65C CHALLENGER AG TRACTOR

*TP*    KRAUSE 33' DOUBLE OFFSET DISC

*VFP/TP*    1 - 4 WHEEL FLATBED WORK TRAILER WITH:
     TOOL BOX - MILLER PORTABLE WELDER - CUTTING TORCH & BOTTLES
     VISE, HAND GRINDERS, ELECTRIC DRILL, SHIELDS, WELDING HOODS
     CLAMPS, HAMMERS, ELECTRIC TIN SHEARS, WELDING ROD, AND OTHER
     MISC. WELDING SUPPLIES & TOOLS

*VFP*    JOHN DEERE 2018 - 20' BAT WING SHREDDER

*VFP*    4630 JOHN DEERE TRACTOR - 4100 HOURS SHOWING WITH 158
     JD LOADER AND HAY FORK ATTACHMENT (NO BUCKET)

*VFP*    4020 JOHN DEERE PROPANE TRACTOR

*VFP*    709 JOHN DEERE 7' SHREDDER

*SV*    JEEP CHEROKEE LAREDO 4X4

*=P*    PORTABLE AIR TANK

## HEADQUARTERS: (CONT.)

TP     PORTABLE AIR COMPRESSOR W/8 HP HONDA GAS ENGINE

TP     2 - 80 HP ELECTRIC MOTORS

TP     1 - 40 HP ELECTRIC MOTOR

TP     1 LOT OF MISC. USED TIRES

VFP     750 GALLON DRIP OIL TANK IN FRONT OF MACHINE SHED

VFP     CHERRY PICKER

TP     ORTHMAN TOOL BAR MAKE UP - 30'

TP     1  LOT OF COULTERS & GAGE WHEELS

TP     4 WHEEL FLATBED COTTON TRAILER CHASSIS

BV     3 ANTIQUE STREET LIGHTS (FROM CITY OF HEREFORD)

P     1 LOT OF SPRINKLER WHEELS & TIRES

VFP     2 - BIG 12 GRAIN CARTS

EMW     MOLINE G607 FARM TRACTOR

U/VFP     1979 WW BUMPER PULL STOCK TRAILER

VFP     PEERLESS GRINDER/MIXER

TP     1 - 2 WHEEL SERVICE BODY TRAILER WITH:
        LADDER RACK & LADDERS - LOT OF MISC. SPRINKLER DROPS, NOZZLES
        AND MISC. EQUIPMENT FOR SPRINKLER MAINTENANCE

VFP     JOHN DEERE CATEGORY II QUICK HITCH

VFP     STROBERG PORTABLE LOADING CHUTE

TP     1 LOT OF MISC. PIPE & SCRAP IRON AROUND SHOP BUILDING

P     1 - ELECTRIC METAL CUT-OFF SAW

# HEADQUARTERS: (CONT.)

VFP  1 - LARGE ELECTRIC GRINDER

VFP  A FRAME ON WHEELS WITH MANUAL CHAIN HOIST

TP  1 LOT OF ELECTRIC FENCE WIRE & EXTRA REELS FOR WIRE

VFP/TP  1 LOT OF 16" PVC PIPE

VFP  1 LOT OF MOLINE ENGINES FOR SALVAGE

VFP  1 LOT OF IRRIGATION HYDRANTS AND WATER VALVES

VFP  1 PARTIAL ROLL OF CABLE

TP  4 - 16" PVC COUPLERS

VFP  1 LOT OF 2" & 3" PVC PIPE

TP  1 LOT OF 16" PVC CLAMPS

F  1 ROLL OF ELECTRIC WIRE

TP  1 LOT OF SPRINKLER PARTS - DROPS, NOZZLES, ETC.

VFP  1 LOT OF MISC. IRRIGATION TUBES

TP  1 LARGE LOT OF 2-3/8" & 2-7/8" PIPE (MAYBE 2 OR MORE TRUCK LOADS)

TP  1 LOT OF HOG PANELS

- VFP  1 LOT OF GUARD RAIL

VFP  1 - 36' - 3 POINT SPRING HARROW

VFP  ORTHMAN 30' - 3 POINT BLADE PLOW W/TREADERS

TP  1 - 20' JOHN DEERE ROTARY HOE

TP  12 SHANK HAMBY CHISEL PLOW W/ROLL-A-CONE SHANKS

FP/TP  30' JOHN DEERE PLATFORM / WHEAT/MILO HEADER

# HEADQUARTERS: (CONT.)

TP  28' SWEEP RIG - TRIPLE BAR WITH SINGLE GAGE WHEELS & TREADERS

VFP
TP  1 LOT OF MISC. WELL PIPE WITH TUBING & SHAFT

TP  2 - KRAUSE 20' OFFSET DISC'S

VFP  SHOP MADE LAND FLOAT

VFP  BUSH HOG 3 POINT BLADE WITH 2 HYDRAULIC CYLINDERS

VFP  30' ORTHMAN LISTER WITH MARKERS & SHOVELS

VFP  30' JOHN DEERE 3 POINT CULTI-PACKER

TP  40' CISCO FIELD CULTIVATOR

VFP  CASE 621 PAYLOADER

TP  PILE OF CALICHE @ COMMODITY PIT

P  APPROX. 2000 TONS OF SORGHUM SILAGE IN PIT

TP  1 PILE OF COTTONSEED FOR FEED

TP  1 PILE OF WHEAT FOR FEED

TP  30' - 30" TOOL BAR CULIVATOR

TP  10' CONCRETE ROLLER PACKER

VFP TP  SEVERAL PALLETS OF MISC. SHANKS, SWEEPS, CLAMPS, ETC.

VFP
TP  MISC. SALVAGE AND SCRAP IRON

VFP  2 WHEEL TRAILER / EZ ROLL WIRE ROLLER WITH HONDA GAS ENGINE

VFP  3 POINT V- DITCHER

VFP  DITCH FILLER

VFP  506 JOHN DEERE SHREDDER

## HEADQUARTERS: (CONT.)

*TP*   HAMBY 21' SWEEP PLOW WITH TREADERS

*VFP*   FURROW OUT SWEEP RIG WITH SINGLE GAGE WHEELS

*VFP*   LLILISTON ROLLING CULTIVATOR

*VFP*   JOHN DEERE 11 SHANK DEEP BREAKING PLOW

*VFP*   12 ROW ROD WEEDER


## EQUIPMENT & MISC. INSIDE OF MACHINE SHED LOCATED AT HEADQUARTERS

*VFP*   TRUCK BED TRAILER WITH CHEM INJECT TANK & PUMP

*RV*   OLD GMC GRAIN TRUCK

*/ TP*   9600 JOHN DEERE COMBINE

*VFP*   CHEVROLET 1500 4X4 PICKUP

*- XX1/ VFP/TP*   2 - SHELBOURNE REYNOLDS WHEAT HEADERS

*TP*   1 - 3840 OSWALT TRAILER MOUNTED LIVESTOCK MIXER/FEEDER

*- RV*   GMC GRAIN TRUCK WITH DRILL FILL AUGER (HAS SOME WHEAT INSIDE)
                                             *VFP*                          *TP*

*TP*   SMALL TRAILER WITH SPRAY UNIT

*VFP*   1 LOT OF SALVAGE MOLINE IRRIGATION ENGINES

*VFP*   TIRE RACK WITH MISC. TIRES

*TP*   1 LOT OF SACKED CONCRETE MIX

*TP*   1 LOT OF CATTLE MINERAL BLOCKS & SALT

  1 - POARCH BROS. GRAIN LOADING AUGER

## EQUIPMENT & MISC. INSIDE OF MACHINE SHED LOCATED AT HEADQUARTERS (CONT.)

VFP
TP    1 LOT OF MISC. PLANTER PARTS, PLATES, ETC.

VFP    3 - CHEMICAL INJECTION PUMPS

VFP    WOOD CHIPPER WITH MOTOR

VFP    SANDBLASTER POT

TP    MISC. FILTERS & TRACTOR PARTS ETC.

## LOCATED IN SMALL GARAGE

?V    1 - ANTIQUE JOHN DEERE "D" TRACTOR (RESTORED)

VFP    TIRE REPAIR MACHINE

VFP    ROL-AIR AIR COMPRESSOR / 80 GALLON/230 VOLT

BV    1 - ANTIQUE WOODEN CARPENTERS BOX
(HAD BELONGED TO BOBBY VEIGELS GRANDFATHER)

BK    VOLKSWAGON BEETLE CONVERTIBLE - DIS-ASSEMBLED
(BELONGS TO BOBBY'S SON-IN-LAW)

# INVENTORY OF FARM SHOP BUILDING:

MATCO TOOL BOX WITH MISC. HAND TOOLS, SOCKET SETS, ETC.

DRILL PRESS - WORK BENCHES - MISC. VISES - TABLE & CHAIRS

CABINET FULL OF SPRAY PAINT AND MISC. PENETRATING OILS, ETC.

MISC. ELECTRIC & AIR TOOLS - MISC. HAND TOOLS

MICROWAVE OVEN - RADIO - 1 CASE OF PENETRATING OIL

MISC. PARTS BINS & BOLT BINS - REFRIGERATOR - SINK - LADDERS

MISC. NUTS, BOLTS, ETC. - ASSORTED CAT & JOHN DEERE FILTERS

LOT OF HUBS, BEARINGS, ETC FOR SPRINKLERS

LOT OF ALTERNATORS, STARTERS, ETC. FOR IRRIGATION ENGINES

2 POLY NURSE TANKS - CUTTING TORCH & <u>BOTTLES</u>   *lease*

DELCO 210 PRESSURE WASHER - ASSORTED V-BELT SELECTION

LARGE LOT OF ASSORTED OIL & FILTERS

FLOOR JACK - BEARING PRESS - SHOP STANDS - MISC. PLUMBING FITTINGS

2 - HONDA 3 WHEELERS - 1 BOAT WITH 90 HP MERCURY MOTOR

1 - TRIUMPH 1500 SPITFIRE CAR - 1 ANTIQUE MILK CAN

SPACE HEATER - MISC. PARTS SHELVING - GRAYMILLS PARTS CLEANER

SHOP VAC - DOUBLE GRINDERS ON STAND - METAL CUT-OFF SAW

MISC. EXTENSION CORDS & DROP LIGHTS - SEVERAL BARREL PUMPS

MISC. ELECTRICAL PANELS & CONTROL BOXES

LOT OF CHEMICAL CONTAINERS WITH SOME CHEMICALS

LOT OF ELECTRIC FENCE INSULATORS - T POST DRIVER

## INVENTORY OF FARM SHOP BUILDING (CONT.)

*TP*  *TP*  *TP*  *TP*
BATTERY CHARGERS - TESTERS - GREASE GUNS - LUG WRENCHES

*TP*  *TP*
CAULK GUNS - ENGINE STAND W/ENGINE BLOCK ATTACHED

*TP*  *TP*  *TP*
LOT OF CATTLE EAR TAGS - LOT OF NAPA OIL & AIR FILTERS

*TP*
MISC. OIL CONTAINERS WITH OIL IN SOME OF THEM

*TP*  *TP*
BIN WITH PLASTIC BIN CONTAINERS - MISC. HYDRAULIC HOSES & FITTINGS

## EQUIPMENT LOCATED NORTH OF ORCHARD:

*VFP*  SINGLE DIAMOND TOOL BAR MAKE UP

*VFP*  BIGHAM TRIPLE TOOL BAR MAKE UP

*TP*  JOHN DEERE 30' MODEL 400 ROTARY HOE

*VFP*  LLILISTON TOOL BAR

*VFP*  4 - METAL FEED RACKS

*TP*  HESSTON MODEL 60A STACK HAND

*VFP*  14' KRAUSE TANDEM DISC

*VFP*  LLILISTON 12 ROW ROLLING CULTIVATOR WITH TREADER BRACKETS

*VFP*  2 - JOHN DEERE 5 BOTTOM BREAKING PLOWS

*VFP*  1 - CLOD BUSTER FOR BREAKING PLOW

*VFP*  GRAHAM HOEME

*VFP*  DANHAUSER 3 POINT POST HOLE DIGGER

*VFP*  MISC. HARROWS & BRACKETS

*VFP*  3 POINT BIG OX BLADE

## EQUIPMENT LOCATED NORTH OF ORCHARD (CONT.)

VFP   JOHN DEERE LOADER BUCKET FOR 158 LOADER

VFP   3 - CATTLE SELF FEEDERS

     DRAG TYPE SUGAR BEET TOPPER (BELONGS TO RALPH PASCHEL AS PER BOBBY)

VFP   SHOP MADE LAND FLOAT

VFP   COMBINE HEADER REEL

VFP   JOHN DEERE DR208B DRAG TYPE WHEAT DRILL

VFP   NURSE TANK 4 WHEEL CHASSIS

VFP   JOHN DEERE 14' TANDEM DISC

VFP   LAND PRIDE FLOAT (TONGUE ONLY)

VFP   JOHN DEERE 330 TANDEM DISC

FP   DOUBLE DAIMOND BAR TOOL BAR MAKE UP

TP   HESSTON 60A STACK TRAILER


## EQUIPMENT & MISC. LOCATED WEST & SOUTH
## OF FARM MACHINE SHED:

VFP   APPROX. 30 STROBERG LIVESTOCK PANELS

VFP   10 HP TAILWATER PUMP

VFP   6 OR 8 FEEDER PANELS

TP   12 HOG PANELS

TP   1 - 4 WHEEL TRAILER CHASSIS

TP   1 - 4 WHEEL FLATBED TRAILER CHASSIS

# EQUIPMENT & MISC. LOCATED WEST & SOUTH OF FARM MACHINE SHED (CONT.)

*TP*  7 - 20' X 4" PIPE

*TP*  2 - 5' X 4" PIPE

*TP*  1 - 4 WHEEL HAY TRAILER

*TP*  APPROX. 250 ROUND BALES OF HAY

*VFP*  APPROX. 120 JOINTS OF 8" PVC GATED PIPE (MANY DAMAGED)

*VFP*  1 - SEED CLEANER

*VFP*  2 - 4 WHEEL PIPE TRAILERS

6 - 24' UNITED PORTABLE FEED BUNKS ON 4 WHEEL TRAILER  *TP*

*VFP*  1 LOT OF 8" ALUMINUM FLOW LINE IRRIGATION PIPE

*VFP*  1 LOT OF 6" ALUMINUM GATED IRRIGATION PIPE

*VFP*  2 - 4 WHEEL PIPE TRAILERS

*VFP*  1 - GRAIN AUGER

*TP*  2 - 4 WHEEL HAY RACK TRAILERS

*TP*  32 - HELIUM CONTAINER BOTTLES

1 - 24' UNITED PORTABLE FEED BUNK

*TP*  1 - PORTABLE METAL CATTLE DUST BAG

*VFP*  1 LOT OF PERFORATED CASING

*VFP*  1 LOT OF GIFFORD HILL SPRINKLER PARTS

*VFP*  1 OLD WINDMILL TOWER

*VFP*  MISC. SCRAP METAL

## EQUIPMENT & MISC. LOCATED WEST & SOUTH OF FARM MACHINE SHED (CONT.)

VFP   5 - 12' PORTABLE FEED BUNKS (POOR CONDITION)

VFP   2 - 12000 GALLON STEEL TANKS

TP   1 LOT OF 8" COLUMN PIPE

TP   1 LOT OF SPRINKLER PIPE JOINTS

VFP   1 LOT OF WOODEN CROSS TIES

VFP   1 - CATTLE SELF FEEDER

TP   1 - ROUND BALE RING FEEDER

VFP   1 LOT OF CONCRETE CULVERTS